AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| LEE-KOK LEH<br>on behalf of herself and others similarly sitauted<br><br>*Plaintiff(s)*<br>v.<br>FIVE STAR BEAUTY SALON INC et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  22-cv-01614  ENV-RML |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Troy
TROY LAW, PLLC
41-25 Kissena Blvd, Suite 103, Flushing, NY 11355
Tel: 718-762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/24/2022

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

**FIVE STAR BEAUTY SALON INC**
41-36 Main Street, 1st Floor, Flushing, NY 11355

**LADY BEAUTY SALON INC**
133-49 41st Road, 1st Floor, Flushing, NY 11355

**NEW LADY INC**
133-49 41st Road, 1st Floor, Flushing, NY 11355

**HSIU HSIUNG LIN a/k/a Xiu Xiong Lin**
133-49 41st Road, 1st Floor, Flushing, NY 11355
41-36 Main Street, 1st Floor, Flushing, NY 11355

**JAQUELIN LIN**
133-49 41st Road, 1st Floor, Flushing, NY 11355
41-36 Main Street, 1st Floor, Flushing, NY 11355

**YUEHO LINLI a/k/a Yueh O Li Lin a/k/a Yueh-O Lin a/k/a Yue'e Lin**
133-49 41st Road, 1st Floor, Flushing, NY 11355
41-36 Main Street, 1st Floor, Flushing, NY 11355

**LEE-KOK LEH v. FIVE STAR BEAUTY SALON INC** *et al*

**Summons Rider**